**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO: 3:05CV261**

| | | |
|---|---|---|
| **SUSAN M. BAUCOM,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | _____ |
| **MICHAEL JAYMESON/WESTMINSTER** | ) | |
| **COMPANY,** | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** *sua sponte.* On June 20, 2005, the undersigned entered an Order (Document No. 3), which directed Susan Baucom to pay a partial filing fee of $25.00. The Order also provided that, upon the Court's receipt of the filing fee, the Clerk OF Court would file the Complaint with the Court and prepare process and deliver the same to the U.S. Marshal, who would serve process on the defendants named in the Complaint. Although the partial filing fee was received by the Court on July 8, 2005, the Clerk of Court did not prepare process and deliver the same to the U.S. Marshal for service on the named defendants. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the undersigned now extends the time for the service up to and including 120 days from the entry of this Order.

      **IT IS SO ORDERED**.

**Signed: January 4, 2006**

David C. Keesler
United States Magistrate Judge