# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Susan M. Baucom,

    Plaintiff(s),

vs.

Westminster Company, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-261

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/20/2007 Order.

Signed: August 20, 2007

Frank G. Johns, Clerk
United States District Court